[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUL 13, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-15629
Non-Argument Calendar

_____

D. C. Docket No. 05-00022-CR-WS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GARY WAYNE ALLMAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(July 13, 2006)**

Before MARCUS, WILSON and COX, Circuit Judges.

PER CURIAM:

Peter J. Madden, appointed counsel for Gary Wayne Allman in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Allman's conviction and sentence are **AFFIRMED**.